UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ) ) | Civil Action No. 08-03535 |
| Plaintiffs, | ) ) | Sec. R<br>JUDGE SARAH S. VANCE |
| v. | ) ) | Mag. 3<br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF STIPULATED ORDER TO PRESERVE EVIDENCE**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero ("Plaintiff"), who requests entry of the attached, stipulated preservation order. The stipulated order has been agreed-upon and executed by counsel for defendant Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service, and will ensure that all relevant evidence in this class action is preserved.



Dockets.Justia.com

WHEREFORE, considering the premises, Plaintiff requests that the attached, stipulated order be entered by the Court without further delay.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H . Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by email; ___ by hand; ___ by fax; ___ by FedEx; ___ by placing a copy of same in the U.S. Mail, postage prepaid this 12th day of June 2008.

/s/ Bryan C. Shartle
Bryan C. Shartle

H:\DI\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Discovery\Motion for Stipulated Preservation Order.doc