UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO | CIVIL ACTION NO. 08-3535 |
| VERSUS | JUDGE: VANCE |
| JACKSON HEWITT TAX SERVICE, ET AL | MAGISTRATE: KNOWLES |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. ("Jackson Hewitt"), pursuant to Uniform Local Rule 7.9E, hereby request an extension of time until August 4, 2008, to file responsive pleadings in the referenced matter. This Motion is based on the following:

1.

Responsive pleadings are presently due on or before July 21, 2008.

2.

This is the first request for an extension of time sought by Jackson Hewitt.

3.

Jackson Hewitt requires additional time in which to file responsive pleadings. Counsel for Plaintiff was contacted regarding this request and stated that Plaintiff does not oppose the extension of time sought herein.

Jackson Hewitt requests that it be allowed an additional 14 days in which to respond, or until August 4, 2008.

WHEREFORE, Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. pray that their Motion be granted, and that the deadline for them to file responsive pleadings be extended 14 days, making the new deadline August 4, 2008.

Respectfully Submitted:

*s/ Glenn M. Farnet*

Glenn M. Farnet (Bar Roll No. 20185) - Trial Counsel
Gina D. Banks (Bar Roll No. 27440)
KEAN, MILLER, HAWTHORNE,D'ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 8th day of July, 2008, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system and U.S. Mail to all counsel of record.

*s/ Glenn M. Farnet*