UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO | CIVIL ACTION NO. 08-3535 |
| VERSUS | JUDGE: VANCE |
| JACKSON HEWITT TAX SERVICE, ET AL | MAGISTRATE: KNOWLES |

**MOTION FOR APPEARANCE PRO HAC VICE**

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. ("Jackson Hewitt"), by and through its counsel of record, Glenn M. Farnet, of the law firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., One American Place, P.O. Box 3513, Baton Rouge, Louisiana, 70821, moves for permission of the Court to allow Mr. Andrew S. Wein and Ms. Donna L. Wilson of the law firm of Kelley Drye & Warren, LLP, to appear and fully participate in all of the proceedings of this cause, *pro hac vice.* In support of this Motion, Jackson Hewitt shows:

1.

That Mr. Andrew Wein has not been admitted to practice before the Court in this cause, but is a member in good standing of the Bar of the District of Columbia, as evidenced by the Certificate of Good Standing issued by the District of Columbia Court of Appeals, which is attached hereto as Exhibit "A."

2.

That Ms. Donna Wilson has not been admitted to practice before the Court in this cause, but is a member in good standing of the Bar of the District of Columbia, as

evidenced by the Certificate of Good Standing issued by the District of Columbia Court of Appeals which is attached hereto as Exhibit "B".

3.

Mr. Wein's and Ms. Wilson's participation in this case would be of benefit to the presentation of Jackson Hewitt's cause before this Court.

4.

Attached hereto as Exhibit "C" is the declaration of Mr. Andrew S. Wein attesting that no disciplinary proceedings or criminal charges have been instituted against him.

5.

Attached hereto as Exhibit "D" is the declaration of Ms. Donna L. Wilson attesting that no disciplinary proceedings or criminal charges have been instituted against her.

6.

Glenn M. Farnet, of the law firm of Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P., a member of the Bar of this Court, shall serve as local counsel for defendants, Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., and is hereby designated as lead trial counsel for receipt of copies of all papers to be served upon this party, as well as for receipt of all notices and orders of the Court.

WHEREFORE, defendants, Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., respectfully move that the Court enter an order admitting *pro hac vice* Mr. Andrew S. Wein and Ms. Donna L. Wilson to appear before the Bar of this Court and to participate fully in all proceedings in these consolidated matters.

Respectfully Submitted:

*s/ Glenn M. Farnet*

Glenn M. Farnet (Bar Roll #20185) - Trial Counsel
Gina D. Banks (Bar Roll #27440)
KEAN, MILLER, HAWTHORNE,D'ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 22nd Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc. and
Jackson Hewitt Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 1st day of August, 2008, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system and U.S. Mail to all counsel of record.

*s/ Glenn M. Farnet*