UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO | CIVIL ACTION NO. 08-3535 |
| VERSUS | JUDGE: VANCE |
| JACKSON HEWITT TAX SERVICE, ET AL | MAGISTRATE: KNOWLES |

**REQUEST FOR ORAL ARGUMENT**

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., ("Jackson Hewitt"), defendants herein, hereby respectfully request, pursuant to Local Rule 78.1E, that this Honorable Court grant oral argument on Jackson Hewitt's Motion to Dismiss. Oral argument will give the Court an opportunity to ask questions of counsel and assist the Court in focusing on the issues presented in Jackson Hewitt's motion, all as further explained in the accompanying memorandum.

Respectfully Submitted:

s/Glenn M. Farnet
Glenn M. Farnet (#20185) Trial Counsel
Gina D. Banks (#27440)
KEAN, MILLER, HAWTHORNE, ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

AND

KELLEY DRYE & WARREN LLP
Donna L. Wilson (pro hac vice pending)
Andrew S. Wein (pro hac vice pending)
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of August, 2008, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system and U.S. Mail to counsel of record for Plaintiffs. A copy of this filing will also be sent via electronic mail and U.S. mail to counsel for Crescent City Tax Service, Inc.

s/Glenn M. Farnet