**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

VICKI L. PINERO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,

Defendants.

**CASE NO.:** 08-3535

**SECTION R**

**JUDGE**
**SARAH VANCE**

**MAGISTRATE JUDGE**
**DANIEL E. KNOWLES**

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO DISMISS

Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. (hereinafter collectively referred to as "Jackson Hewitt") request leave of Court to file the attached Reply Memorandum of Points and Authorities In Support of Defendants Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc.'s Motion to Dismiss. Hearing on the Motion to Dismiss is set for oral argument before the Court on November 12, 2008. Plaintiffs submitted a 32-page Opposition Memorandum on October 22, 2008 [Docket Entry No. 29]. Jackson Hewitt desires to respond briefly to the arguments raised in Plaintiffs' Opposition Memorandum.

For these reasons, Jackson Hewitt prays that its Motion for Leave be granted and that its Reply Memorandum in Support of Jackson Hewitt's Motion to Dismiss be filed into the record.

DATED: November 10, 2008

*s/ Glenn M. Farnet*
Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
KEAN, MILLER, HAWTHORNE, ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

AND

KELLEY DRYE & WARREN LLP
Donna L. Wilson (admitted pro hac vice)
Andrew S. Wein (admitted pro hac vice)
Veronica D. Gray (*pro hac vice* motion pending)
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

Attorneys for Defendants
JACKSON HEWITT TAX SERVICE INC. and JACKSON HEWITT INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of November, 2008, a copy of the foregoing Motion for Leave was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Glenn M. Farnet*