**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | **CASE NO.:** 08-3535<br><br>**SECTION R**<br><br>**JUDGE**<br>**SARAH VANCE**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |

## CONSENT MOTION TO CONTINUE HEARING ON MOTIONS

Defendants, Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. ("Jackson Hewitt") move to continue the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion for Class Certification that was scheduled to proceed this morning, Wednesday, November 12, 2008 at 10:00 a.m. Due to an unexpected illness, counsel for Jackson Hewitt is unable to appear in Court to present arguments.

Plaintiff, through her counsel, and co-Defendant, Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service, through its counsel, have been apprised of the situation and consent to this Motion to Continue.

The parties have conferred concerning a new hearing date that is mutually available for everyone, and the parties hereby request that this Court reset both hearings for Monday, November 24, 2008 at 10:00 a.m.

For these reasons, Jackson Hewitt prays that its Consent Motion to Continue be granted, and that the hearing on Defendants' Motion to Dismiss and Plaintiff's Motion for Class Certification be continued until Monday, November 24, 2008, at 10:00 a.m.

DATED: November 12, 2008


*s/ Glenn M. Farnet*

Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
KEAN, MILLER, HAWTHORNE, ARMOND, McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

AND

KELLEY DRYE & WARREN LLP
Donna L. Wilson (admitted pro hac vice)
Andrew S. Wein (admitted pro hac vice)
Veronica D. Gray (*pro hac vice* motion pending)
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

Attorneys for Defendants
JACKSON HEWITT TAX SERVICE INC. and JACKSON HEWITT INC.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 12th day of November, 2008, a copy of the foregoing Motion for Leave was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*s/ Glenn M. Farnet*