Pinero v. Jackson Hewitt Tax Service Inc. et al Doc. 42

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | **CASE NO.:** 08-3535<br><br>**SECTION R**<br><br>**JUDGE**<br>**SARAH VANCE**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |

**[PROPOSED] ORDER**

Considering the request by Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. for leave of Court to file the attached Reply Memorandum of Points and Authorities In Support of Defendants Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc.'s Motion to Dismiss:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Reply Memorandum of Points and Authorities In Support of Defendants Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc.'s Motion to Dismiss is hereby ORDERED to be filed into the record of these proceedings.

New Orleans, Louisiana, this 18th day of November, 2008.

Sarah Vance
United States District Judge

1510754_1.DOC

Dockets.Justia.com