**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | **CASE NO.:** 08-3535<br><br>**SECTION R**<br><br>**JUDGE**<br>**SARAH VANCE**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |

**MOTION TO STAY DISCOVERY**

**NOW INTO COURT,** through undersigned counsel, come Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (collectively "Jackson Hewitt"), and, pursuant to Rule 26(c), respectfully request that this Court stay discovery until after a resolution of the pending motions to dismiss, for the reasons more fully explained in the attached Memorandum in Support.

**WHEREFORE,** for the foregoing reasons, Jackson Hewitt respectfully requests that this Court grant its Motion to Stay Discovery and for a Protective Order and order that Plaintiff shall cease all discovery activities until the pending motions to dismiss are ruled on.

Respectfully submitted,

/s/Glenn M. Farnet

Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
KEAN, MILLER, HAWTHORNE, ARMOND,
McCOWAN & JARMAN, L.L.P.
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

AND

KELLEY DRYE & WARREN LLP
Donna L. Wilson (pro hac vice)
Andrew S. Wein (pro hac vice)
Veronica D. Gray (pro hac vice)
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

Attorneys for Jackson Hewitt Tax Service Inc., and Jackson Hewitt Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2008, a copy of the foregoing Motion, Memorandum in Support, Local Rule 37.1 Certificate, Notice of Hearing, and Proposed Order have been served upon counsel for all parties by electronic means and filed electronically with the Clerk of Court using the CM/ECF system.

/s/ Glenn Farnet