UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, ) ) | Civil Action No. 08-03535 |
| ) Plaintiffs, ) ) | Sec. R<br>JUDGE SARAH S. VANCE |
| v. ) ) | Mag. 3<br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JACKSON HEWITT TAX SERVICE ) INC.; JACKSON HEWITT INC.; and, ) CRESCENT CITY TAX SERVICE, INC. ) d/b/a JACKSON HEWITT TAX ) SERVICE, ) ) Defendants. ) | |

**PLAINTIFF VICKI L. PINERO'S *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO EXTEND TIME TO FILE AMENDED CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero ("Plaintiff"), and respectfully moves this Court for expedited consideration of her Motion to Extend Time to File Amended Class Action Complaint. Expedited consideration is necessary. The current deadline for Plaintiff to file the amended complaint ordered by the Court is April 16, 2009. The next available hearing date is April 29, 2009, after the April 16, 2009 filing deadline.

1

WHEREFORE, Plaintiff prays for expedited consideration of her Motion to Extend Time to File Amended Class Action Complaint [Docket No. 113].

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 13th day of April 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Third Amended Complaint\Motion For Expedited Consideration of Motion to Extend Time to File Amended Class Action Complaint.04.13.09.doc