UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | Civil Action No. 08-03535<br><br>Sec. R<br>JUDGE SARAH S. VANCE<br><br>Mag. 3<br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## **ORDER**

CONSIDERING the *ex parte* motion for expedited consideration of her Motion to Extend Time to File Amended Class Action Complaint [Docket No. 113] filed by plaintiff, Vicki L. Pinero, and finding that plaintiff is entitled to the relief sought therein;

1

IT IS ORDERED that plaintiff's request for expedited hearing on the motion to extend time to file amended class action complaint is GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to extend time to file amended class action complaint (Rec. Doc. 113) is hereby GRANTED. The amended complaint shall be filed no later than 5 days after Magistrate Judge Knowles rules on the plaintiff's current motion for leave to file the third amended class action complaint.

_____
UNITED STATES DISTRICT JUDGE
4/15/09