UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI L. PINERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3535** |
| **JACKSON HEWITT, INC., ET AL** | **SECTION "R" (3)** |

### ORDER SETTING ORAL HEARING

**IT IS ORDERED** that Plaintiff's Motion to Amend #103 is SET FOR ORAL HEARING before the undersigned Magistrate Judge on **Wednesday, April 29, 2009 at 11:00 A.M.** in Courtroom B305, 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.

New Orleans, Louisiana, this 20th day of APRIL, 2009.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**