UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, *et al.*, | ) | Civil Action No. 08-03535 |
| | ) | |
| Plaintiffs, | ) | Sec. R |
| | ) | JUDGE SARAH S. VANCE |
| v. | ) | |
| | ) | Mag. 3 |
| JACKSON HEWITT TAX SERVICE | ) | MAGISTRATE JUDGE DANIEL E. |
| INC., *et al.*, | ) | KNOWLES, III |
| | ) | |
| Defendants. | ) | |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel and pursuant to L.R. 78.1, comes

plaintiff, Vicki L. Pinero, who requests oral argument on plaintiff's Motion for *De Novo*

Review of April 21, 2009 Dispositive Magistrate Ruling. The motion involves complex legal

matters. Oral argument will provide an opportunity for the parties to clearly state their

positions and assist the Court in addressing the related legal issues.

1

Dockets.Justia.com

WHEREFORE, plaintiff prays the Court grant her request for oral argument on her

Motion for *De Novo* Review of April 21, 2009 Dispositive Magistrate Ruling.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H . Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana  70002
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 30th day of April 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

Attorneys for Plaintiff,
Vicki L. Pinero