UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, Plaintiffs | ] | CIVIL ACTION 08-3535 SECTION R JUDGE SARAH S. VANCE |
| VERSUS | ] | MAG. 3 |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE, Defendants | ] | |

**CRESCENT CITY TAX SERVICE, INC., D/B/A JACKSON HEWITT TAX SERVICE'S RULE 12 (b)(6) MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Crescent City Tax Service, Inc., d/b/a Jackson Hewitt Tax Service, hereby joins with Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc. in moving, under Federal Rule of Civil Procedure 12(b)(6), to dismiss plaintiff's claim in the third amended complaint.

Mover adopts as its own the reasons contained in the Rule 12(b)(6) motion, and prays that the Motion be granted, and that plaintiff's third amended complaint be dismissed.



Doc. 1118218.CBQ3443

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

/s/ THOMAS G. BUCK

THOMAS G. BUCK T.A. Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY Bar No. 18948
jhenry@bluewilliams.com
BRETT W. TWEEDEL Bar No. 30100
btweedel@bluewilliams.com
DAVID B. PARNELL, JR. Bar No. 27031
dparnell@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA 70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for: Crescent City Tax Service, Inc., d/b/a Jackson Hewitt Tax Service

## CERTIFICATE OF SERVICE

I do hereby certify that I have on May 7, 2009, electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following.

828-3700 FAX 828-3737
bshartle@session-law.biz
Bryan C. Shartle
Sessions, Fishman, Nathan & Israel, LLP
Lakeway II, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
Counsel for Plaintiffs

1-225-387-0999 FAX 1-225-388-9133
glennfarnet@keanmiller.com
Glenn M. Farnet
ginabanks@keanmiller.com
Ms. Gina D. Banks
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarmon, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
Counsel for Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc.

202-342-8400 FAX 202-342-8451
dwilson@kelleydrye.com
Donna L. Wilson
awein@kelleydrye.com
Andrew S. Wein
vgray@kelleydrye.com
Ms. Veronica Gray
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Counsel for Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM.ECF participants.

/s/ THOMAS G. BUCK