UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

VICKI L. PINERO                                           CIVIL ACTION

VERSUS                                                    NO. 08-3535

JACKSON HEWITT, INC., ET AL                               SECTION "R" (3)

ORDER CANCELLING HEARING

**IT IS ORDERED** that the May 13, 2008 hearing previously scheduled before the undersigned Magistrate Judge is hereby CANCELLED.

New Orleans, Louisiana, this 8th day of May, 2009.

**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**