UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, ) ) | Civil Action No. 08-03535 |
| ) | |
| Plaintiffs, ) | Sec. R |
| ) | JUDGE SARAH S. VANCE |
| ) | |
| v. ) | Mag. 3 |
| ) | MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE ) | KNOWLES, III |
| INC.; JACKSON HEWITT INC.; and, ) | |
| CRESCENT CITY TAX SERVICE, INC. ) | |
| d/b/a JACKSON HEWITT TAX ) | |
| SERVICE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

CONSIDERING the *ex parte* motion for leave to file a reply memorandum filed by

plaintiff, Vicki L. Pinero, in response to the opposition memorandum filed by defendants,

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. [Docket No. 130] to plaintiff's

Motion for *De Novo* Review of April 21, 2009 Dispositive Magistrate Ruling [Docket No.

121], and finding that plaintiff is entitled to the relief sought therein;

1

Dockets.Justia.com

IT IS ORDERED that plaintiff be and is hereby permitted to file a reply memorandum in further support of her motion for *de novo* review of the April 21, 2009 ruling issued by Magistrate Judge Daniel E. Knowles, III. [Rec. Doc. No. 121].

IT IS FURTHER ORDERED that said reply memorandum, attached to plaintiff's instant motion, is hereby deemed filed in the record of the above-numbered and captioned matter.

New Orleans, Louisiana, this 26th day of __May__, 2009.

_____
UNITED STATES DISTRICT JUDGE