### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN
### FURTHER SUPPORT OF MOTION TO DISMISS

Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. (hereinafter collectively referred to as "Jackson Hewitt") move for leave of Court to file the attached Reply Memorandum in Further Support of their Motion to Dismiss Plaintiff's Third Amended Complaint. Hearing on the Motion to Dismiss is set for Wednesday, May 27, 2009 and no oral argument has been ordered by this Court. Plaintiff submitted a 16-page Opposition Memorandum on May 18, 2009 [Docket Entry No. 129]. Jackson Hewitt desires to respond briefly to the arguments raised in Plaintiff's Opposition Memorandum. The proposed reply memorandum is attached hereto.

For these reasons, Jackson Hewitt prays that its motion be granted and that its Reply Memorandum in Further Support of its Motion to Dismiss Plaintiff's Third Amended Complaint be filed into the record.

DATED: May 26, 2009         /s/ Andrew S. Wein
Donna L. Wilson (admitted *pro hac vice*)
Andrew S. Wein (admitted *pro hac vice*)
Veronica D. Jackson (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, ARMOND,
McCOWAN & JARMAN, L.L.P.
Glenn M. Farnett (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Defendants
JACKSON HEWITT TAX SERVICE INC. and
JACKSON HEWITT INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of May, 2009, a copy of the foregoing papers were electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

              **/s/ Andrew S. Wein**