## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>   Defendants. | **CASE NO.:** 08-3535<br><br>**SECTION R**<br><br>**JUDGE**<br>**SARAH VANCE**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |

### ORDER

Considering the Motion by Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. for leave of Court to file the attached Reply Memorandum in Further Support of Defendants Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc.'s Motion to Dismiss Plaintiff's Third Amended Complaint:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the Reply Memorandum in Further Support of Defendants Jackson Hewitt Tax Service, Inc.'s and Jackson Hewitt Inc.'s Motion to Dismiss is hereby ORDERED to be filed into the record of these proceedings.

New Orleans, Louisiana, this 3rd day of _____ June _____, 2009.

_____
United States District Judge