# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**VICKI L. PINERO, ET AL.**            **CIVIL ACTION**

**VERSUS**            **NO. 08-3535**

**JACKSON HEWITT TAX SERVICE, INC., ET AL.**            **SECTION "R"**

## ORDER DENYING ORAL ARGUMENT

The Court is in receipt of requests for oral argument (R. Doc. 122 and 124) on plaintiffs' motion to appeal the Magistrate Judge decision and defendant's motion to dismiss case.

The Court is familiar with the issues in this case and has determined that oral argument is unnecessary.

Accordingly,

The request is DENIED.

New Orleans, Louisiana, this __3rd__ day of ~~May~~ June, 2009.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**