# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

## ORDER

Considering the Motion by Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. for an extension of time to answer Plaintiff Vicki L. Pinero's Third Amended Complaint:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the time by which Jackson Hewitt Tax Service, Inc. and Jackson Hewitt Inc. must answer Plaintiff's Third Amended Complaint is hereby extended up to and including June 26, 2009.

New Orleans, Louisiana, this 17th day of _____June_____, 2009.

_____Sarah Vance_____
United States District Judge

GRANTED, with the proviso that the trial and pretrial conference date remain undisturbed.