UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, ] ] | CIVIL ACTION  08-3535 |
| ]  Plaintiffs                    ] ] | SECTION R JUDGE SARAH S. VANCE |
| VERSUS                              ] ] | MAG. 3 |
| JACKSON HEWITT TAX SERVICE   ] INC.; JACKSON HEWITT INC.; and  ] CRESCENT CITY TAX SERVICE,     ] INC. D/B/A JACKSON HEWITT TAX  ] SERVICE,                             ] ] Defendants              ] _____] | |

# **O R D E R**

Considering the Unopposed Motion for Extension of Time to File Responsive Pleading of Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service;

IT IS HEREBY ORDERED that the Motion is granted, and that the deadline for Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service to file a responsive pleading is hereby extended until June 26, 2009.

New Orleans, Louisiana, this  24th  day of _____June_____, 2009.

_____
UNITED STATES DISTRICT JUDGE

1132318
CBQ3443