# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

## CONSENT MOTION FOR EXTENSION OF TIME FOR JACKSON HEWITT TAX SERVICE INC. AND JACKSON HEWITT INC. TO ANSWER PLAINTIFF VICKI L. PINERO'S THIRD AMENDED COMPLAINT

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (hereinafter collectively referred to as "Jackson Hewitt") hereby move this Court for an Order extending the time to file their answer to Plaintiff Vicki L. Pinero's ("Plaintiff") Third Amended Complaint until June 29, 2009. Plaintiff has consented to this short extension.

For these reasons, Jackson Hewitt prays that its motion be granted and that this Court enters an Order extending Jackson Hewitt's time to answer the Third Amended Complaint up to and including June 29, 2009.

DATED: June 26, 2009

    /s/ Andrew S. Wein
Donna L. Wilson (admitted *pro hac vice*)
Andrew S. Wein (admitted *pro hac vice*)
Veronica D. Jackson (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, ARMOND,
McCOWAN & JARMAN, L.L.P.
Glenn M. Farnett (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Defendants
JACKSON HEWITT TAX SERVICE INC. and
JACKSON HEWITT INC.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of June, 2009, a copy of the foregoing papers were electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

/s/ Andrew S. Wein