# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

## **ORDER**

Considering the Consent Motion by Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. for an extension of time to answer Plaintiff Vicki L. Pinero's Third Amended Complaint:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the time by which Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. must answer Plaintiff's Third Amended Complaint is hereby extended up to and including June 29, 2009.

New Orleans, Louisiana, this 2nd day of July, 2009.

_Sarah Vance_
United States District Judge