UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs<br><br>VERSUS<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE,<br><br>　　　　　　Defendants | CIVIL ACTION 08-3535<br><br>SECTION R<br>JUDGE SARAH S. VANCE<br><br>MAG. 3 |

**O R D E R**

　　Considering the Consent Motion by Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service for an extension of time to Answer Plaintiff, Vicki L. Pinero's Third Amended Complaint;

　　IT IS HEREBY ORDERED that the Motion is GRANTED, and that the deadline for Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service to file an Answer to Vicki L. Pinero's Third Amended Complaint is hereby extended up to and including June 29, 2009.

　　New Orleans, Louisiana, this  2nd  day of 　　　July　　, 2009.

　　　　　　　　　　　　_____Sarah Vance_____
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1132318
CBQ3443