**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) AND 26(f) and Local Rule 26**
**CORPORATE DISCLOSURE REQUIREMENTS of Fed. R. Civ. P. 7.1 and Local Rule 5.6E.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI PINERO | CIVIL ACTION |
| VERSUS | NO. 08-3535 |
| JACKSON HEWITT TAX SERVICE, ET AL. | SECTION "R"3 |

**PRELIMINARY CONFERENCE NOTICE**

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **JULY 30, 2009, at 12:30 p.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk. **TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By: Jay Susslin**
   **Case Manager**
   **(504) 589-7689**

**NOTICE OF COMPLIANCE WITH Fed. R. Civ. P. 26(a)(1) and 26(f) and Local Rule 26 and the corporate disclosure requirements of Fed. R. Civ. P. 7.1 and Local Rule 5.6E.**

**COUNSEL ARE TO BE PREPARED TO ANSWER ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

**NOTICE**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

# IMPORTANT NOTICE TO COUNSEL

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will **not** be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

4. Have the corporate parties filed their corporate disclosure statements?

*WRITTEN OBJECTIONS **MUST** BE FILED THREE WORKING DAYS PRIOR TO THE PRELIMINARY CONFERENCE.