UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs<br><br>VERSUS<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE,<br><br>                      Defendants | CIVIL ACTION 08-3535<br><br>SECTION R<br>JUDGE SARAH S. VANCE<br><br>MAG. 3 |

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO DISCOVERY

ON MOTION of defendant, Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service, and on suggesting to the Court that mover and its counsel require additional time within which to respond to the Second Request for Production of Documents propounded by plaintiff, Vicki L. Pinero on June 30, 2009 and received by defendant on June 30, 2009, due to the volume of documents requested by plaintiff; that for this purpose mover desires an extension of time until August 14, 2009, within which to respond to plaintiff's Second Request for Production of Documents, and that no prior extension of time has been granted by the Court or by Counsel.

1142264
CBQ3443

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

/s/ THOMAS G. BUCK

_____
THOMAS G. BUCK   T.A.   Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY           Bar No. 18948
jhenry@bluewilliams.com
BRETT W. TWEEDEL        Bar No. 30100
btweedel@bluewilliams.com
DAVID B. PARNELL, JR.   Bar No. 27031
dparnell@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for:  Crescent City Tax Service, Inc., d/b/a Jackson Hewitt Tax Service

## CERTIFICATE OF SERVICE

I do hereby certify that I have on July 15, 2009, electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following.

828-3700  FAX 828-3737
bshartle@session-law.biz
Bryan C. Shartle
Sessions, Fishman, Nathan & Israel, LLP
Lakeway II, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
Counsel for Plaintiffs

1142264
CBQ3443

1-225-387-0999  FAX 1-225-388-9133
glennfarnet@keanmiller.com
Glenn M. Farnet
ginabanks@keanmiller.com
Ms. Gina D. Banks
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarmon, LLP
One American Place, 22nd Floor
Baton Rouge, LA  70825
Counsel for Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc.

202-342-8400 FAX 202-342-8451
dwilson@kelleydrye.com
Donna L. Wilson
awein@kelleydrye.com
Andrew S. Wein
vgray@kelleydrye.com
Ms. Veronica Gray
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
Counsel for Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc.

  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM.ECF participants.

      /s/  THOMAS G. BUCK
      _____

3
1142264
CBQ3443