UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ] ] ] | CIVIL ACTION  08-3535 |
| Plaintiffs | ] ] | SECTION R JUDGE SARAH S. VANCE |
| VERSUS | ] ] | MAG. 3 |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE, | ] ] ] ] ] ] | |
| Defendants | ] ] | |

## ORDER

IT IS ORDERED that defendant, Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service, is hereby granted an extension of time until August 14, 2009, within which to respond to plaintiff's Second Request for Production of Documents in the above-entitled and numbered suit.

New Orleans, Louisiana, this __16th__ day of July, 2009.

_Daniel E. Knowles, III_
United States Magistrate Judge

1142288
CBQ3443