UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs<br><br>VERSUS<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE<br><br>                  Defendants | CIVIL ACTION 08-3535<br><br>SECTION R<br>JUDGE SARAH S. VANCE<br><br>MAG. 3 |

## CORPORATE DISCLOSURE STATEMENT

      NOW COMES DEFENDANT, Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service, (hereafter referred to as Crescent City), a Louisiana corporation, who files this Corporate Disclosure by and through undersigned counsel in compliance with Local Rule 5.6 and Fed.R.Civ.P. 7.1.

      Defendant states that Crescent City Tax Service, Inc. does not have a parent company and

1146158
CBQ3443

no publicly held company owns 10% or more of its stock. Defendant does not have any publicly traded stock.

Dated: July 27, 2009.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

/s/ BRETT W. TWEEDEL

_____
THOMAS G. BUCK   T.A.   Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY           Bar No. 18948
jhenry@bluewilliams.com
BRETT W. TWEEDEL        Bar No. 30100
btweedel@bluewilliams.com
DAVID B. PARNELL, JR.   Bar No. 27031
dparnell@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
Attorneys for:  Crescent City Tax Service, Inc., d/b/a Jackson Hewitt Tax Service