# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
## JACKSON HEWITT TAX SERVICE INC. AND JACKSON HEWITT INC.

NOW COME Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., who submit the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6:

Defendant Jackson Hewitt Inc. states that it is wholly owned by Defendant Jackson Hewitt Tax Service Inc., which is a publicly held corporation. The only entity holding a 10% or greater ownership interest in Jackson Hewitt Tax Service Inc. is a subsidiary of Invesco Ltd., a publicly held corporation.

Submitted this the 29th day of July, 2009.

/s/ Andrew S. Wein
_____

Donna L. Wilson
Andrew S. Wein
Veronica D. Jackson
Kelley Drye & Warren LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
(202)342-8400 (phone)
(202)342-8451 (fax)

1

- and –

Glenn M. Farnet
Gina D. Banks
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarmon, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
(225) 382-3431 (phone)
(225) 388-9133 (fax)

Counsel for Jackson Hewitt Tax Service, Inc. and Jackson Hewitt, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that on July 29, 2009, the foregoing was filed via the ECF system, which results in copies being electronically transmitted to all counsel at the following:

Bryan C. Shartle
Sessions, Fishman, Nathan & Israel, LLP
Lakeway II, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
bshartle@session-law.biz

Counsel for Plaintiff Vicki L. Pinero

Thomas G. Buck
Blue Williams, LLP
3421 North Causeway Boulevard, Suite 900
Metairie, LA 70002
tbuck@bluewilliams.com

Counsel for Crescent City Tax Service, Inc.,
d/b/a Jackson Hewitt Tax Service

/s/ Andrew S. Wein
_____
Andrew S. Wein, Esq.