UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | Civil Action No. 08-03535 |
| | Sec. R |
| Plaintiffs, | JUDGE SARAH S. VANCE |
| v. | Mag. 3 |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, | |
| Defendants. | |

## **MOTION TO MODIFY SCHEDULING ORDER**

NOW INTO COURT, through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and this Court's January 7, 2009 Order [Rec. Doc. 54, at p. 29], comes plaintiff, Vicki L. Pinero ("Plaintiff"), who moves this Court to issue an order amending the Scheduling Order governing this case [Rec. Doc. 161] for the purpose of (1) extending for 60 days, or until October 31, 2009, the deadline for filing amended

pleadings, and (2) establishing a new deadline of February 15, 2010 for Plaintiff to re-urge her motion for class certification.

WHEREFORE, Plaintiff prays the Court enter an Order granting Plaintiff's Motion to Modify Scheduling Order and modifying the scheduling order by (1) extending for 60 days, or until October 31, 2009, the deadline for the parties to file amended pleadings, and (2) establishing a new deadline of February 15, 2010 for Plaintiff to re-urge her motion for class certification.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 12th day of August 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Motion to Modify Scheduling Order\Motion Modify Sched. Order.08.12.09.doc

2