UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,   )<br>)<br>) | Civil Action No. 08-03535<br><br>Sec. R |
| Plaintiffs,   )<br>) | JUDGE SARAH S. VANCE |
| v.   )<br>) | Mag. 3<br>MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,   )<br>)<br>)<br>)<br>)<br>) | KNOWLES, III |
| Defendants.   ) | |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION
### OF MOTION TO MODIFY SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero, who moves the Court for expedited consideration of her Motion to Modify Scheduling Order [Rec. Doc. 166].

Plaintiff's motion seeks, *inter alia*, to extend the August 31, 2009 deadline to amend the pleadings. This Court's next available regularly scheduled rule day is not until September 2, 2009, *i.e.*, 2 days *after* the current deadline to amend the pleadings expires.

1

Expedited consideration is necessary so that plaintiff's motion to extend the deadline may be heard before the current deadline expires.

WHEREFORE, plaintiff requests expedited consideration of her Motion to Modify Scheduling Order.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 12th day of August 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Motion to Modify Scheduling Order\Motion Exp. Hearing Motion Modify Sched. Order.08.12.09.doc

2