UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, <br><br> Defendants. | Civil Action No. 08-03535 <br><br> Sec. R <br> JUDGE SARAH S. VANCE <br><br> Mag. 3 <br> MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

**PLAINTIFF VICKI L. PINERO'S *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR *DE NOVO* REVIEW OF APRIL 21, 2009 DISPOSITIVE MAGISTRATE RULING**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero, and pursuant to L.R. 7.4, moves this Court for leave to file a short memorandum supplementing plaintiff's Motion for *De Novo* Review of April 21, 2009 Dispositive Magistrate Ruling [Docket No. 121]. The proposed 4-page memorandum is attached hereto.

Plaintiff seeks leave to supplement her previous memoranda because a controlling case has been identified relating to the ruling the subject of appeal. Plaintiff requests leave to

1

file her short supplemental brief to address the significance of this case and its affect on the timeliness of the claim plaintiff seeks to assert in her proposed amended complaint.

WHEREFORE, plaintiff prays for an order granting her leave to file the attached supplemental memorandum in support of plaintiff's motion for *de novo* review of the April 21, 2009 ruling issued by Magistrate Judge Daniel E. Knowles, III.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 13th day of August 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Third Amended Complaint\Motion to File Supp. Brief.08.13.09.doc