UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, ) ) | Civil Action No. 08-03535 |
| ) | Sec. R |
| Plaintiffs, ) ) | JUDGE SARAH S. VANCE |
| v. ) | Mag. 3 |
| ) | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, ) ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

CONSIDERING the *Ex Parte* Motion for Expedited Consideration of Motion to Modify Scheduling Order filed herein by plaintiff, Vicki L. Pinero, and it appearing that movant is entitled to the requested relief;

Dockets.Justia.com

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Expedited Consideration is GRANTED and that, accordingly, the Motion to Modify Scheduling Order [Rec. Doc. 166] will be considered on an expedited basis on the _____ day of _____, 2009 at ____ o'clock, ___.m.

**DENIED**

_____
Sarah Vance
UNITED STATES DISTRICT COURT JUDGE
8/18/09