UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 08-03535 |
| Plaintiffs, | ) ) ) | Sec. R JUDGE SARAH S. VANCE |
| v. | ) ) | Mag. 3 MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, | ) ) ) ) ) | KNOWLES, III |
| Defendants. | ) ) ) | |

## ORDER

CONSIDERING the *ex parte* motion for leave to file a supplemental memorandum filed by plaintiff, Vicki L. Pinero, in further support of her Motion for *De Novo* Review of April 21, 2009 Dispositive Magistrate Ruling [Docket No. 121], and finding that plaintiff is entitled to the relief sought therein;

1

IT IS ORDERED that plaintiff be and is hereby permitted to file a supplemental memorandum in further support of her motion for *de novo* review of the April 21, 2009 ruling issued by Magistrate Judge Daniel E. Knowles, III. [Rec. Doc. No. 121].

~~DENIED~~

IT IS FURTHER ORDERED that said reply memorandum, attached to plaintiff's instant motion, is hereby deemed filed in the record of the above-numbered and captioned matter.

~~DENIED~~

New Orleans, Louisiana, this 18th day of _____August_____, 2009.

_____
Sarah Vance
UNITED STATES DISTRICT JUDGE