## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

### JACKSON HEWITT TAX SERVICE INC.'S AND JACKSON HEWITT INC.'S
### MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (collectively "Jackson Hewitt"), pursuant to Federal Rules of Civil Procedure 26(c), 45(b)(1) and 45(c)(3), respectfully move this Court for entry of a protective order against certain discovery demands served by Plaintiff Vicki L. Pinero, and an order quashing subpoenas served by Plaintiff in this district.

This motion seeks a protective order, and where applicable, an order quashing, the following discovery demands propounded by Plaintiff Vicki L. Pinero:

      1.     Plaintiff's Fifth Set of Discovery Requests to Jackson Hewitt Tax Service Inc., served on July 23, 2009, Interrogatory No. 1, and Request for Document Production Nos. 2 and 3.

      2.     Plaintiff's Fifth Set of Discovery Requests to Jackson Hewitt Inc., served on July 23, 2009, Interrogatory No. 1, and Request for Document Production Nos. 3 and 4.

      3.     Plaintiff's Subpoena Duces Tecum, served on HSBC Finance Corporation, issued by the United States District Court, District of Delaware on July 27, 2009.

      4.     Plaintiff's Subpoena Duces Tecum, served on Meta Financial Group, Inc., issued by the United States District Court, Northern District of Iowa on July 27, 2009.

5. Plaintiff's Subpoena Duces Tecum, served on Republic Bank and Trust Company, issued by the United States District Court, Western District of Kentucky on July 27, 2009.

6. Plaintiff's Subpoena Duces Tecum, served on Pacific Capital Bank, N.A., issued by the United States District Court, Central District of California on July 27, 2009.

7. Plaintiff's Subpoena Duces Tecum, served on ACE Cash Express, issued by the United States District Court, Eastern District of Louisiana on July 28, 2009.

8. Plaintiff's Subpoena Duces Tecum, served on Rent-a-Center East, Inc., issued by the United States District Court, Eastern District of Louisiana on July 28, 2009.

9. Plaintiff's Subpoena Duces Tecum, served on Wal-Mart Louisiana, LLC, issued by the United States District Court, Eastern District of Louisiana on July 28, 2009.

10. Plaintiff's Subpoena Duces Tecum, served on Wal-Mart Stores Arkansas, LLC, issued by the United States District Court, Western District of Arkansas on July 28, 2009.

11. Plaintiff's Subpoena Duces Tecum, served on Wal-Mart Stores East, LP, issued by the United States District Court, Eastern District of Louisiana on July 28, 2009.

12. Plaintiff's Subpoena Duces Tecum, served on New Benefits, Ltd., issued by the United States District Court, Northern District of Texas on August 3, 2009.

13. Plaintiff's Subpoena Duces Tecum, served on General Fidelity Insurance Company, issued by the United States District Court, Eastern District of Louisiana on August 3, 2009.

14. Plaintiff's Deposition Notices, served on Jackson Hewitt on July 29, 2009, Topic Nos. 20 and 25.

The grounds upon which Jackson Hewitt seeks relief are fully set forth in the accompanying Memorandum of Law. Jackson Hewitt has made good faith, unsuccessful efforts to resolve this matter with Plaintiff's counsel, thereby necessitating the filing of this motion.

For these reasons, Jackson Hewitt prays that its motion be granted for a protective order regarding the abovementioned discovery demands, and where applicable, an order quashing the abovementioned subpoenas issued by this Court.

Dated: August 24, 2009

By Attorneys:

   /s/ Veronica D. Jackson
Donna L. Wilson (Admitted *pro hac vice*)
Andrew S. Wein (Admitted *pro hac vice*)
Veronica D. Jackson (Admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc., and Jackson Hewitt Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 24th day of August, 2009, a copy of the foregoing and all documents filed in support were electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for Plaintiff. A copy of this filing will also be sent via electronic mail to counsel for Crescent City Tax Service, Inc.

   /s/ Veronica D. Jackson