UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, *et al.*, | ) | Civil Action No. 08-03535 |
| | ) | |
| Plaintiffs, | ) | Sec. R |
| | ) | JUDGE SARAH S. VANCE |
| v. | ) | |
| | ) | Mag. 3 |
| JACKSON HEWITT TAX SERVICE INC., *et al.*, | ) | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | ) | |
| Defendants. | ) | |

### **MOTION FOR LEAVE TO FILE**
### **FOURTH AMENDED CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero ("Plaintiff"), who, pursuant to Fed. R. Civ. P. 15(a), moves this Court for leave to amend her class action complaint against defendants, Jackson Hewitt Tax Service Inc.; Jackson Hewitt Inc.; and, Crescent City Tax Service, Inc. d/b/a Jackson Hewitt Tax Service. Specifically, Plaintiff seeks leave to amend her complaint to include: (a) three new counts and related facts; and (b) an additional plaintiff (*i.e.*, Erick G. Adkins) for the new counts only. Plaintiff seeks to include new counts for violation of La. Rev. Stat. § 51:1910, *et seq.* (proposed Count 10); rescission of unlawful fee agreement/contract

1

(proposed Count 11); and, payment of a thing not owed (proposed Count 12). Plaintiff also seeks leave to amend her class definition to include 3 classes and to expand her request for declaratory and injunctive relief. Plaintiff does ***not*** seek to amend her current remaining claims for fraud (Count 2); invasion of privacy (Count 5); or, unfair trade practices (Count 9). A copy of the proposed Fourth Amended Class Action Complaint is attached hereto.

WHEREFORE, considering the foregoing, attached L.R. 7.6 Certificate, supporting memorandum, and proposed amended complaint, Plaintiff moves this Court for an order granting her leave to file her Fourth Amended Class Action Complaint.

Respectfully Submitted,

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 24th day of August 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Fourth Amended Complaint\Motion Leave to File Fourth Am. Comp.08.24.09.doc