### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | CASE NO.: 08-3535 |
| Plaintiff, | **SECTION R** |
| v. | |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, | **JUDGE**<br>**SARAH VANCE** |
| | **MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |
| Defendants. | |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel and pursuant to L.R. 78.1, comes Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (collectively "Jackson Hewitt"). Jackson Hewitt has contemporaneously filed a Motion for Protective Order and Motion to Quash. The Court should hear oral argument on Jackson Hewitt's motion. The lawsuit and motion involve complex legal matters. Oral argument would provide an opportunity for the parties to clearly state their position and assist the Court in addressing the related legal issues.

WHEREFORE, Jackson Hewitt requests that the Court grant its request for oral argument on the contemporaneously filed Motion for Protective Order and Motion to Quash.

Date: August 24, 2009

Respectfully Submitted,

By Attorneys:

  /s/Veronica D. Jackson
Donna L. Wilson (Admitted pro hac vice)
Andrew S. Wein (Admitted pro hac vice)
Veronica D. Gray (Admitted pro hac vice)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC  20007
Telephone:  (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc.

## CERTIFICATE OF SERVICE

**I  HEREBY CERTIFY** that on the 24th day of August, 2009, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record.

  /s/Veronica D. Jackson