# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | **CASE NO.:** 08-3535<br><br>**SECTION R**<br><br>**JUDGE**<br>**SARAH VANCE**<br><br>**MAGISTRATE JUDGE**<br>**DANIEL E. KNOWLES** |

### JACKSON HEWITT TAX SERVICE INC.'S AND JACKSON HEWITT INC.'S MOTION FOR A CONFIDENTIALITY ORDER

Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (collectively "Jackson Hewitt"), pursuant to Federal Rule of Civil Procedure 26, respectfully move this Court for entry of a confidentiality order that would require the parties to maintain the confidentiality of certain discovery and deposition testimony in this case.

The grounds upon which Jackson Hewitt seeks relief are fully set forth in the accompanying Memorandum of Law. Jackson Hewitt has made good faith, unsuccessful efforts to resolve this matter with Plaintiff's counsel, thereby necessitating the filing of this motion.

For these reasons, Jackson Hewitt prays that its motion be granted for a confidentiality order.

Dated: September 1, 2009

By Attorneys:

   */s/ Andrew S. Wein*
Donna L. Wilson (Admitted *pro hac vice*)
Andrew S. Wein (Admitted *pro hac vice*)
Veronica D. Jackson (Admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, D'ARMOND,
McCOWAN & JARMAN, L.L.P.
Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc., and Jackson Hewitt Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of September, 2009, a copy of the foregoing and all documents filed in support were electronically filed with the Clerk of Court using the CM/ECF system, which should cause a copy to be sent to all counsel of record in this matter.

   */s/ Andrew S. Wein*