# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VICKI PINERO, individually and on behalf of all other similarly situated,** | § § § | **CASE NO.: 08-3535** |
| **Plaintiff,** | § § | **SECTION R** |
| **v.** | § § § | **JUDGE** |
| **JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE** | § § § § § | **Sarah Vance**<br><br>**MAGISTRATE JUDGE** |
| **Defendants.** | § § | **Daniel E. Knowles** |

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes ACE Cash Express, Inc. ("ACE"), a non-party to the above described action, who respectfully requests that the Court set for expedited hearing their Motion to Compel in the above matter for all of the reasons more fully set forth in the Memorandum in Support of Motion for Expedited Hearing being filed concurrently herewith.

1

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD**
**& KUTCHER, L.L.P**

BY:   /s/ Jason P. Foote
      **JASON P. FOOTE (La. Bar #25050)**
      3850 N. Causeway Blvd., Ste. 900
      Two Lakeway Center
      Metairie, Louisiana 70002
      Telephone: (504) 830-3838
      Facsimile: (504) 836-9579
      *Attorney for Defendant, Ace Cash Express*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September 2009, a copy of the foregoing and all documents filed in support were electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for Plaintiff and Defendants.

              /s/ Jason P. Foote