# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI L. PINERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3535** |
| **JACKSON HEWITT, INC., ET AL** | **SECTION "R" (3)** |

## ORDER SETTING ORAL HEARING

Before the Court is non-party Ace Cash Express, Inc.'s Motion for Expedited Hearing [Doc. #183] on its Motion for Protective Order and Motion to Quash [Doc. #182]. Ace Cash Express, Inc. ("ACE") seeks an expedited hearing date of September 9, 2009 on its Motion for Protective Order and Motion to Quash because the issues and arguments raised in that motion are identical to those raised in the Motion for Protective Order and Motion to Quash of defendants [Doc. #172], which is set for oral hearing on September 9, 2009. Accordingly,

**IT IS ORDERED** that Ace Cash Express, Inc.'s Motion for Expedited Hearing [Doc. #183] is GRANTED.

**IT IS FURTHER ORDERED** that Ace Cash Express, Inc.'s Motion for Protective Order and Motion to Quash [Doc. #182] is SET FOR ORAL HEARING before the undersigned Magistrate Judge on **Wednesday, September 9, 2009 at 11:00 A.M.** in Courtroom B305, 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.

New Orleans, Louisiana, this 3rd day of September, 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**DANIEL E. KNOWLES, III**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**