UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, *et al.*, | ) | Civil Action No. 08-03535 |
| | ) | |
| Plaintiffs, | ) | Sec. R |
| | ) | JUDGE SARAH S. VANCE |
| v. | ) | |
| | ) | Mag. 3 |
| JACKSON HEWITT TAX SERVICE INC., *et al.*, | ) | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF VICKI L. PINERO'S *EX PARTE* MOTION FOR LEAVE TO FILE EXCESS-PAGE MEMORANDUM IN REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE FOURTH AMENDED CLASS ACTION COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Vicki L. Pinero, and pursuant to L.R. 7.4 and 7.8.1, moves this Court for leave to file a 22-page memorandum in reply to the arguments raised by defendants, Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (jointly referred to as "Defendants"), in their opposition memorandum [Docket No. 180] to plaintiff's Motion for Leave to File Fourth Amended Class Action Complaint [Docket No. 173]. The proposed memorandum is attached hereto.

1

This Court should grant Plaintiff leave to file the proposed memorandum and thereby allow Plaintiff the opportunity to adequately and fully: 1) respond to Defendants' allegations of Plaintiff's bad faith in bringing her motion for leave to amend; 2) respond to Defendants' disingenuous argument that one or more of Plaintiff's proposed claims were previously considered and rejected by this Court; 3) address Defendants' unfounded suggestion that Plaintiff is procedurally barred from bringing one or more of the proposed new claims; 4) clarify the appropriate standard of review this Court should apply to Plaintiff's leave motion; and, 5) otherwise address the merits of Defendants' various substantive arguments regarding Plaintiff's proposed claims for rescission, payment of a thing not owed, Defendants' violations of 2 loan broker statutes, and declaratory and injunctive relief.

WHEREFORE, Plaintiff prays for an order granting her leave to file the attached 22-page reply memorandum in response to the arguments raised by Defendants in their opposition to Plaintiff's motion for leave to file a fourth amended class action complaint.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 4th day of September 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Fourth Amended Complaint\Motion for Leave to File Reply in Excess of Pg. Limits.09.04.09.doc