UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, *et al.*, | ) | Civil Action No. 08-03535 |
| | ) | |
| Plaintiffs, | ) | Sec. R |
| | ) | JUDGE SARAH S. VANCE |
| v. | ) | |
| | ) | Mag. 3 |
| JACKSON HEWITT TAX SERVICE INC., *et al.*, | ) | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | ) | |
| Defendants. | ) | |

## **ORDER**

CONSIDERING the *ex parte* motion for leave to file an excess-page reply memorandum filed by plaintiff, Vicki L. Pinero, in response to the memorandum filed by defendants, Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. [Rec. Doc. No. 180] in opposition to plaintiff's Motion for Leave to File Fourth Amended Class Action Complaint [Rec. Doc. No. 173], and finding that plaintiff is entitled to the relief sought therein;

1

IT IS ORDERED that plaintiff be and is hereby permitted to file an excess-page reply memorandum in further support of her motion for leave to amend [Rec. Doc. No. 173].

IT IS FURTHER ORDERED that said reply memorandum, attached to plaintiff's instant motion, is hereby deemed filed in the record of the above-numbered and captioned matter.

New Orleans, Louisiana, this 4th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE