UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ) ) | Civil Action No. 08-03535 |
| | ) | Sec. R |
| Plaintiffs, | ) ) | JUDGE SARAH S. VANCE |
| v. | ) | Mag. 3 |
| | ) | MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE, | ) ) ) ) ) | KNOWLES, III |
| | ) | |
| Defendants. | ) | |

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel and pursuant to Fed. R. Civ. P. 37 and L.R. 37.1, comes plaintiff, Vicki L. Pinero ("Plaintiff"), who moves this Court to compel defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (jointly referred to as "Defendants") to properly respond to her 3 interrogatories and 7 document requests as more fully set forth in the attached supporting memorandum of law.

1

WHEREFORE, considering the premises, the attached Fed. R. Civ. P. 37 and L.R. 37.1 Certificate, and the attached memorandum, Plaintiff requests the Court grant Plaintiff's Motion to Compel; compel Defendants to properly respond to Plaintiff's discovery; and, award Plaintiff all costs and attorneys' fees incurred in bringing this motion.

Respectfully Submitted,

/s/ Bryan C. Shartle
David Israel (LSBA No. 7174) (T.A.)
Bryan C. Shartle (LSBA No. 27640)
Justin H. Homes (LSBA No. 24460)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3850 N. Causeway Blvd.
Lakeway II, Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737

Attorneys for Plaintiff,
Vicki L. Pinero

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record ✓ by ECF; __ by email; __ by hand; __ by fax; __ by FedEx; __ by placing a copy of same in the U.S. Mail, postage prepaid this 8th day of September 2009.

/s/ Bryan C. Shartle
Bryan C. Shartle

N:\1-DI-Non-Collector-Misconduct\Pinero, Vicki-Class Action\Pleadings\LA Lawsuit\Motion to Compel\2d Mot. to Compel\Motion to Compel.09.08.09.doc