## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>  Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>**JUDGE**<br>S<small>ARAH</small> V<small>ANCE</small><br><br>**MAGISTRATE JUDGE**<br>D<small>ANIEL</small> E. K<small>NOWLES</small> |

### *EX PARTE* MOTION FOR EXPEDITED HEARING OF MOTION TO COMPEL DEPOSITION OF PLAINTIFF VICKI L. PINERO, <u>OR ALTERNATIVELY, TO STAY DISCOVERY</u>

NOW INTO COURT, through undersigned counsel, comes Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. ("Jackson Hewitt"), who moves the Court for expedited hearing if its Motion to Compel the Deposition of Vicki L. Pinero, or Alternatively, To Stay Discovery ("Motion to Compel"). This motion is relevant to other pending motions which are scheduled for oral argument on September 23, 2009 at 11:00 a.m. *See* Jackson Hewitt's Motion for Protective Order/Confidentiality Order, Docket Entry No. 179; Plaintiff's Motion to Compel, Docket Entry No. 189. Therefore, in the interest of judicial efficiency, Jackson Hewitt seeks to have its motion heard on this same date. Pursuant to Local Rule 7.2, Jackson Hewitt's Motion to Compel is currently scheduled for hearing on September 30, 2009.

WHEREFORE, Jackson Hewitt requests that it be granted an expedited hearing of its Motion to Compel on September 23, 2009, at 11:00 a.m.

Date: September 9, 2009

By Attorneys:

   **/s/ *Veronica D. Jackson***
Donna L. Wilson (Admitted *pro hac vice*)
Andrew S. Wein (Admitted *pro hac vice*)
Veronica D. Jackson (Admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
3050 K Street, NW, Suite 400
Washington, DC 20007
Telephone: (202) 342-8400

AND

KEAN, MILLER, HAWTHORNE, D'ARMOND, McCOWAN & JARMAN, L.L.P.
Glenn M. Farnet (#20185)
Gina D. Banks (#27440)
One American Place, 18th Floor
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70825
Telephone: (225) 387-0999

Attorneys for Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 9th day of September, 2009, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for Plaintiff and Crescent City Tax Service, Inc.

   **/s/ *Veronica D. Jackson***