### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>Defendants. | CASE NO.: 08-3535<br><br>SECTION R<br><br>JUDGE<br>SARAH VANCE<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES |

### [PROPOSED] ORDER GRANTING JACKSON HEWITT TAX SERVICE INC.'S AND JACKSON HEWITT INC.'S *EX PARTE* MOTION FOR EXPEDITED HEARING

Considering the *Ex Parte* Motion for Expedited Hearing filed by Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc. (collectively "Jackson Hewitt"), and finding that Jackson Hewitt is entitled to such relief;

IT IS HEREBY ORDERED that the Jackson Hewitt's Motion for Expedited Hearing is GRANTED, and IT IS FURTHER ORDERED, that Jackson Hewitt's Motion to Compel the Deposition of Plaintiff Vicki L. Pinero, or Alternatively, to Stay Discovery is SET FOR ORAL HEARING before the undersigned Magistrate Judge on **September 23, 2009 at 11:00 a.m.** in Courtroom B305, 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana.

New Orleans, Louisiana, this 10th day of September, 2009.

_____
United States Magistrate Judge