MINUTE ENTRY
KNOWLES, M.J.
SEPTEMBER 9, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI L. PINERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3535** |
| **JACKSON HEWITT TAX SERVICE, INC., ET AL.** | **SECTION "R" (3)** |

On this date, Jackson Hewitt Tax Service Inc.'s and Jackson Hewitt Inc.'s Motion for Protective Order and Motion to Quash [Doc. #172], non-party Ace Cash Express, Inc.'s Motion for Protective Order and Motion to Quash [Doc. #182], and plaintiff's Motion for Leave to File Fourth Amended Class Action Complaint [Doc. #173] came on for hearing before the undersigned Magistrate Judge.  Present were Bryan Shartle and Justin Homes for Plaintiff, Andrew Wein for the Jackson Hewitt corporate entities, Thomas Glenn Buck for Crescent City Tax Service, Inc., and Bradley Luminais for Ace Cash Express, Inc.  Pursuant to the hearing, Jackson Hewitt Tax Service Inc.'s and Jackson Hewitt Inc.'s Motion for Protective Order and Motion to Quash [Doc. #172], non-party Ace Cash Express, Inc.'s Motion for Protective Order and Motion to Quash [Doc. #182], and plaintiff's Motion for Leave to File Fourth Amended Class Action Complaint [Doc. #173] are taken under advisement.

```
MJSTAR(00:35)
```

_____
**DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE**