UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ] ] ] | CIVIL ACTION 08-3535 |
| | ] | SECTION R |
| Plaintiffs | ] ] | JUDGE SARAH S. VANCE |
| VERSUS | ] | MAG. 3 |
| | ] | |
| JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and CRESCENT CITY TAX SERVICE, INC. D/B/A JACKSON HEWITT TAX SERVICE, | ] ] ] ] ] ] | |
| Defendants | ] ] | |

## NOTICE OF AUTOMATIC STAY

**TO:** **VICKI L. PINERO AND PLAINTIFFS**
Through their attorney
Bryan C. Shartle
Sessions, Fishman, Nathan & Israel, LLP
Lakeway II, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
Via Facsimile: (504) 828-3737

**JACKSON HEWITT TAX SERVICE, INC.
AND JACKSON HEWITT, INC.**
Through their attorneys
Glenn M. Farnet
Ms. Gina D. Banks
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarmon, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
Via Facsimile: (225) 388-9133

AND

Donna L. Wilson
Andrew S. Wein
Ms. Veronica Gray
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Via Facsimile: (202) 342-8451

*PLEASE TAKE NOTICE* that on September 9, 2009, a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code was filed by **Crescent City Tax Service, Inc.,** in the United States Bankruptcy Court, Eastern District of Louisiana, bearing **Case No. 09-12917** of the docket of said Court, and that, accordingly, under the provisions of Section 362(a) of the United States Bankruptcy Code, the filing of the Involuntary Petition operates as a stay, applicable to all entities, of –

1. the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

2. the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

3. any act to obtain possession of property of the estate or to exercise control over property of the estate;

4. any act to create, perfect, or enforce any lien against property of the estate;

5. any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

6. any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

7. the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

8. the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

11 U.S.C. § 362 (Emphasis added).

Any actions taken in violation of the Automatic Stay Provisions of 11 U.S.C. §362(a) could result in the entry of an order of contempt against you.

DATE: September 11, 2009

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/Lisa Merz Hedrick*
BY: LISA MERZ HEDRICK (La. Bar #26421)
     4500 One Shell Square
     701 Poydras Street, Suite 4500
     New Orleans, LA 70139
     Telephone: (504) 581-3234
     Facsimile: (504) 566-0210
*Counsel for Debtor, Crescent City Tax Service, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Automatic Stay has been served upon the below listed counsel of record by depositing a copy of same in the United States Mail, First Class, postage prepaid, and via facsimile where indicated below, on September 11, 2009, addressed as follows:

Bryan C. Shartle
Sessions, Fishman, Nathan & Israel, LLP
Lakeway II, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002
Via Facsimile: (504) 828-3737
Counsel for VICKI L. PINERO AND PLAINTIFFS

Glenn M. Farnet
Ms. Gina D. Banks
Kean, Miller, Hawthorne,
D'Armond, McCowan & Jarmon, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
Via Facsimile: (225) 388-9133
Counsel for JACKSON HEWITT TAX SERVICE, INC.
AND JACKSON HEWITT, INC.

Donna L. Wilson
Andrew S. Wein
Ms. Veronica Gray
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Via Facsimile: (202) 342-8451
Counsel for JACKSON HEWITT TAX SERVICE, INC.
AND JACKSON HEWITT, INC.

                                                  */s/Lisa Merz Hedrick*
                                                  Lisa Merz Hedrick