UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, | ) ) | Civil Action No. 08-03535 |
| | ) | Sec. R |
| Plaintiffs, | ) | JUDGE SARAH S. VANCE |
| | ) | |
| v. | ) | Mag. 3 |
| | ) | MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE | ) | KNOWLES, III |
| INC.; JACKSON HEWITT INC.; and, | ) | |
| CRESCENT CITY TAX SERVICE, | ) | |
| INC. d/b/a JACKSON HEWITT TAX | ) | |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

CONSIDERING the Joint Motion to Stay Case for 60 Days filed herein by

Plaintiff, Vicki L. Pinero, and Defendants Jackson Hewitt Tax Service Inc. and Jackson

Hewitt Inc., and it appearing that the parties are entitled to the relief requested;

IT IS ORDERED that the case is hereby stayed for 60 days, reserving unto any

party the right to seek to lift the stay. As part of the stay, the Court will also withhold

Dockets.Justia.com

ruling on Plaintiff's Motion for *De Novo* Review of April 21, 2009 Dispositive

Magistrate Ruling (Docket No. 121) for 60-days.

New Orleans, Louisiana, this ___ day of September 2009.

_____
UNITED STATES DISTRICT COURT JUDGE