UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>JACKSON HEWITT TAX SERVICE INC.; JACKSON HEWITT INC.; and, CRESCENT CITY TAX SERVICE, INC. d/b/a JACKSON HEWITT TAX SERVICE,<br><br>                Defendants. | Civil Action No. 08-03535<br><br>Sec. R<br>JUDGE SARAH S. VANCE<br><br>Mag. 3<br>MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## **ORDER**

CONSIDERING the Joint Motion to Stay Ruling and Continue Hearings filed herein by Plaintiff, Vicki L. Pinero, and Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., and it appearing that the parties are entitled to the relief requested;

IT IS ORDERED that the hearing on Defendants' Motion for Confidentiality Order (Docket No. 179); Defendants' Motion to Compel Deposition (Docket No. 192); and, Plaintiff's Motion to Compel (Docket No. 189), all presently set for oral argument

on September 23, 2009, at 11:00 A.M, are hereby reset for hearing and oral argument on December 2, 2009, at 11:00 A.M.  The Court will also withhold ruling on Plaintiff's Motion for Leave to File Fourth Amended Class Action Complaint (Docket No. 173) for 60-days.

New Orleans, Louisiana, this 16th day of September 2009.

_____
UNITED STATES MAGISTRATE JUDGE