UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VICKI L. PINERO, individually and on behalf of all others similarly situated, ) ) | Civil Action No. 08-03535 |
| ) | Sec. R |
| Plaintiffs, ) ) | JUDGE SARAH S. VANCE |
| v. ) ) | Mag. 3 MAGISTRATE JUDGE DANIEL E. |
| JACKSON HEWITT TAX SERVICE ) INC.; JACKSON HEWITT INC.; and, ) CRESCENT CITY TAX SERVICE, ) INC. d/b/a JACKSON HEWITT TAX ) SERVICE, ) ) | KNOWLES, III |
| Defendants. ) | |

## **ORDER**

CONSIDERING the Joint Motion to Stay Case for 60 Days filed herein by Plaintiff, Vicki L. Pinero, and Defendants Jackson Hewitt Tax Service Inc. and Jackson Hewitt Inc., and it appearing that the parties are entitled to the relief requested;

IT IS ORDERED that the case is hereby stayed for 60 days, reserving unto any party the right to seek to lift the stay. As part of the stay, the Court will also withhold

ruling on Plaintiff's Motion for *De Novo* Review of April 21, 2009 Dispositive Magistrate Ruling (Docket No. 121) until such time as the stay has been lifted.

IT IS FURTHER ORDERED that counsel for any party shall notify the Court when this matter is in a position to proceed by filing a Motion Requesting the Stay to be Lifted.

New Orleans, Louisiana, this __22nd__ day of September, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE