UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI L. PINERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3535** |
| **JACKSON HEWITT, INC., ET AL** | **SECTION "R" (3)** |

### ORDER RESETTING ORAL HEARING

The District Court has stayed this matter [Doc. #206]. Currently scheduled for oral hearing before this Court on December 2, 2009 are three motions: (1) Jackson Hewitt, Inc.'s and Jackson Hewitt Tax Service, Inc.'s Motion for Confidentiality Order [Doc. #172]; (2) plaintiff's Motion to Compel [Doc. #189]; and (3) defendants' Motion to Compel Deposition of Plaintiff Vicki L. Pinero, or in the Alternative, to Stay Discovery [Doc. #192]. No party has filed a motion to lift the stay. Accordingly,

**IT IS ORDERED** that Jackson Hewitt, Inc.'s and Jackson Hewitt Tax Service, Inc.'s Motion for Confidentiality Order [Doc. #172], plaintiff's Motion to Compel [Doc. #189], and defendants' Motion to Compel Deposition of Plaintiff Vicki L. Pinero, or in the Alternative, to Stay Discovery [Doc. #192] are RESET FOR ORAL HEARING before the undersigned Magistrate Judge on **Wednesday, January 20, 2010 at 11:00 a.m.** in Courtroom B305, 500 Poydras St. (Hale Boggs

Federal Bldg.), New Orleans, Louisiana.[1]

New Orleans, Louisiana, this 25th day of November, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**DANIEL E. KNOWLES, III**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[1] When -- or if -- the parties seek to lift the stay, they may request an alternative hearing date.