UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICKI L. PINERO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3535** |
| **JACKSON HEWITT, INC., ET AL** | **SECTION "R"** |

## ORDER

The District Court has stayed this matter [Doc. #206]. Currently scheduled for oral hearing before this Court on April 14, 2010 are three motions: (1) Jackson Hewitt, Inc.'s and Jackson Hewitt Tax Service, Inc.'s Motion for Confidentiality Order [Doc. #172]; (2) plaintiff's Motion to Compel [Doc. #189]; and (3) defendants' Motion to Compel Deposition of Plaintiff Vicki L. Pinero, or in the Alternative, to Stay Discovery [Doc. #192]. No party has filed a motion to lift the stay, and no party has timely filed memoranda in opposition to the motion. This Court has continued these motions three times. The Court will no longer continue the motions. Accordingly,

**IT IS ORDERED** that Jackson Hewitt, Inc.'s and Jackson Hewitt Tax Service, Inc.'s Motion for Confidentiality Order [Doc. #172], plaintiff's Motion to Compel [Doc. #189], and defendants' Motion to Compel Deposition of Plaintiff Vicki L. Pinero, or in the Alternative, to Stay Discovery [Doc. #192] are DISMISSED WITHOUT PREJUDICE. This Order reserves the rights of the parties to re-urge the motions should the parties move to lift the stay and should the District Court grant

such a motion.

    New Orleans, Louisiana, this 8th day of April, 2010.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**
